```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 55786
    LARRY D TERRY
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA

        Debtor
    SSN XXX-XX-7933


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/14/05 and confirmed on 03/14/06.

    2.  The case was converted to Chapter 7 after confirmation, 04/28/2008.

    3.  The Debtor paid a total of $  11731.14 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
BANK UNITED                CURRENT MORTG         .00            .00           .00
WASHINGTON MUTUAL          SECURED               .00            .00           .00
CHASE HOME FINANCE         CURRENT MORTG         .00            .00           .00
INDYMAC BANK               CURRENT MORTG         .00            .00           .00
AMERICAN GENERAL FINANCE   UNSECURED         4166.47            .00        491.47
CAPITAL ONE BANK           UNSECURED        15639.74            .00       1844.95
CBUSA SEARS                UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED        16865.89            .00       1989.57
RESURGENT CAPITAL SERVIC   UNSECURED        16185.34            .00       1909.29
MEIJER                     UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         1230.00            .00        145.08
SAMS                       UNSECURED        NOT FILED           .00           .00
HSBC                       UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED         5131.39            .00        605.31
SEARS BKRUPTCY RCVRY MGM   UNSECURED        NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED        22544.35            .00       2659.45
ECAST SETTLEMENT CORPORA   UNSECURED        14129.25            .00       1666.73
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00          .00    95892.43         .00      95892.43
PRINCIPAL PAID            .00          .00    11311.85         .00      11311.85
INTEREST PAID             .00          .00         .00         .00           .00
TOTAL PAID                .00          .00    11311.85         .00      11311.85
The Debtor's attorney, ARNOLD KAPLAN LTD                , was allowed $       .00
and was paid $       .00 .

The Trustee received $    419.29 .

Refunds to the Debtor totaled $      .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE